UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARQUIS JACOBS,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

        Defendant.

**ORDER**

20 Civ. 5097 (ER)

Ramos, D.J.:

    As the Court issued an order denying Jacobs' motions on December 7, 2020, Doc. 6, the Clerk of Court is respectfully directed to mail a copy of this order and the December 7, 2020 Order (Doc. 6) to the plaintiff and to close the case.

    It is SO ORDERED.

Dated: April 19, 2022
       New York, New York

                                            _____
                                            Edgardo Ramos, U.S.D.J.